

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RECEIVED
By_____ MAY 25 2011

| | |
|---|---|
| LESLIE ELLIS THOMAS, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br> v.<br><br>VERIFIRST BACKGROUND SCREENING, LLC and TRANS UNION, LLC,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:11-cv-02461-PD |

FILED
MAY 31 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATION AND ORDER

Plaintiff, Leslie Ellis Thomas ("Plaintiff") and Defendants, Verifirst Background

Screening LLC and Trans Union LLC ("Defendants"), through their undersigned counsel,

stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants

that:

1.  The allegations and ad damnum clauses of Plaintiff's Complaint, Dkt#1, which

seek injunctive relief, individually and/or on behalf of the putative class, including without

limitation paragraph 46, are hereby withdrawn.

Respectfully submitted this ____ day of May, 2011

/s/ James Francis
JAMES FRANCIS
FRANCIS & MAILMAN, P.C.
LAND TITLE BLDG., 19TH
100 S. BROAD STREET
Philadelphia, PA 19110
215-735-8600; Fax 215-940-8000
Email: jfrancis@consumerlawfirm.com

/s/ Bruce S. Luckman
BRUCE S. LUCKMAN
SHERMAN SILVERSTEIN KOHL ROSE &
PODOLSKY, P.A.
308 HARPER DRIVE, STE. 200
MOORESTOWN, NJ 08057
865-663-1503; FAX 856-662-0165
bluckman@shermansilverstein.com
*Counsel for Defendant,*
*Trans Union LLC*

*/s/ Robert P. Cocco*
ROBERT P. COCCO, P.C.
1500 WALNUT STREET, STE 900
PHILADELPHIA, PA 19102
215-351-0200
rococo@rcn.com

*Counsel for Plaintiff, Leslie Ellis Thomas*

*/s/ William D'Annunzio*
WILLIAM D'ANNUNZIO
GERMAN, GALLAGHER & MURTAGH
200 S. BROAD STREET, SUITE 500
PHILADELPHIA, PA 19102
(215) 875-4017; FAX: (215) 732-4182
dannunziow@ggmfirm.com
*Counsel for Verifirst Background Screening,
LLC*

**SO ORDERED,**

PAUL DIAMOND, J.

DATED:   5|28|11