# EXHIBIT A

Lorgus CFO Services, LLC

VeriFirst
VeriFirst® Background Screening, LLC

Decision: (none)

Report 0080810051428459      VeriGuide Recommendation:

## Lorgus CFO Services, LLC

Friday, May 14, 2010

### Applicant

| | |
|---|---|
| Name: | Leslie Ellis Thomas |
| Address: | Coatesville, PA 19320 |
| SSN: | xxx-xx-6066 |
| DOB: | /1961 |
| Employee ID: | |
| Department: | |

## Executive Summary

**Applicant**

| | |
|---|---|
| Identity Verification: | SSN Match: Yes |
| Credit Bureau: | 0 Repossessions<br>1 Public Records<br>4 Collections<br>0 Foreclosures<br>1 Chargeoffs<br>0 Derogatories |
| National Criminal: | 0 Felonies<br>0 Misdemeanors<br>0 Unspecified |
| National Sex Offender: | 1 Sex Offense Record<br>Review Details |
| County Criminal: | 0 Felonies<br>0 Misdemeanors<br>0 Unspecified |
| Statewide Criminal: | 0 Felonies<br>0 Misdemeanors<br>0 Unspecified |
| Federal Criminal: | 0 Felonies<br>0 Misdemeanors<br>0 Unspecified |
| Motor Vehicle: | Status: VALID<br>1 Accidents<br>6 Violations<br>Points Assigned: NO |

VBS Manual Input



REDACTED


REDACTED


REDACTED



REDACTED



REDACTED

# Lorgus CFO Services, LLC - Applicant Sex Offender Report - Friday, May 14, 2010

Completion Status: OK
Application ID: B2253618EA83
Customer ID: 0080810051428459A01

## Attention

2010-05-14

All data provided is intended solely for the customer who initially receives such data from the provider. The provider cannot guarantee or warrant the accuracy, correctness, or completeness of the data. The provider delivers all data to customers on an 'as is' 'as available' basis without any express or implied warranty, guaranty, or representation of any kind concerning the data itself, its merchantability, or its fitness for a particular purpose or function. Neither the provider nor any of their affiliates shall be liable for any damages of whatever kind may result from the customer's reliance on (or use of) the data provided, even if the provider, or any of their affiliates has been alerted to the possibility of such damages. The data information may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since that date. By accessing any such data, the customer acknowledges and agrees that the customer has not relied on anything that may be inconsistent with this Legal Statement.

## Attention

2010-05-14

Independent reporting and collection of sex offender records did not begin on a national level until the enactment of Megan's Law in 1996.

## Criminal Report

### National Sex Offender

#### Subject

Photo Unavailable

| | |
|---|---|
| First Name | LESLIE |
| Middle Name | RAY |
| Last Name | THOMAS |
| Birth Date | |
| Social Security Number | |

#### Summary

| | |
|---|---|
| Incident(s): | 0 |
| Booking(s): | 0 |
| Arrest(s): | 0 |
| CourtAction(s): | 1 |
| Disposition(s): | 0 |
| Sentencing(s): | 0 |
| Supervision(s): | 0 |
| Match Category: | vK |

### Subject - LESLIE THOMAS

**Residence**
Address
City
State
Zip

**Physical Details**
Sex:   U

**Contact Information**
Telephone
Mobile
Email

**Aliases**
Person Name

First:   LESLIE
Last:    THOMAS

Date of Birth:

Click here for more criminal details on LESLIE THOMAS



REDACTED



REDACTED



REDACTED