

# GERMAN, GALLAGHER & MURTAGH
A Professional Corporation

Attorneys at Law

| | | | |
|---|---|---|---|
| DEAN F. MURTAGH | PHILIP A. RYAN * | THE BELLEVUE - SUITE 500 | EDWARD C. GERMAN |
| ROBERT P. CORBIN | KATHRYN A. DUX | 200 S. BROAD STREET | 1922 - 2009 |
| GARY R. GREMMINGER * | KIM R. PLOUFFE | PHILADELPHIA, PA 19102-3814 | |
| JOHN P. SHUSTED * | GARY H. HUNTER | | MICHAEL B. GALLAGHER |
| WILLIAM C. STUBITS | JEFFREY D. LAUDENBACH * | TELEPHONE (215) 545-7700 | 1949 - 1999 |
| WILLIAM D'ANNUNZIO * | KIMBERLY K. WINDISH *† | FAX (215) 732-4182 | |
| STACY A. TEES | CAROLE A. DONAHUE * | EMAIL: dannunziow@ggmfirm.com | NEW JERSEY OFFICE |
| YANA N. SHAPIRO * | MARNI J. STAHL * | | BLASON IV - SUITE 208 |
| CHILTON G. GOEBEL, III | KEVIN J. DOYLE * | Direct Dial No. | 513 S. LENOLA ROAD |
| AUDREY ZIADAT * | MICHAEL J. DOLAN * | (215) 875-4017 | MOORESTOWN, NJ 08057 |
| MILES P. DUMACK | TIFFANY J. GIANGIULIO * | | TELEPHONE (856) 235-8922 |
| ANISH A. DESAI * | MATTHEW P. RUBBA * | | FAX (856) 235-4332 |
| JANICE K. PATEL * | | | |
| | | | * ALSO MEMBER NJ BAR |
| | | | † ALSO MEMBER NY/FL BAR |
| MARK W. CATANZARO * | | | |
| KATHLEEN DAILY MOCK | | July 5, 2011 | ALFA INTERNATIONAL |
| OF COUNSEL | | | The Global Legal Network |

**SENT VIA FACSIMILE – 267-299-5069**
The Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
U.S. Court House, Room 6613

Re:  Leslie Ellis Thomas v. Verifirst Background Screening, LLC., et al.
     U.S.D.C. E.D. Pa. Case No. 2:11-cv-02461-PD
     Our File No. C15002-00267

Honorable Judge Diamond:

On July 1, 2011, the Plaintiff filed its opposition to the Defendants' May 27, 2011 Motion to Dismiss (Docket No. 24). Defendants intend to file a reply brief not later than July 11, 2011, and Defendants respectfully request that the Court defer any ruling on the Motion to Dismiss until after the reply brief is filed. If the Court prefers that reply papers be filed earlier than July 11, 2011, the Defendants will accommodate the Court's schedule.

wjd/wjd                                Respectfully Submitted,

849994_1

GERMAN, GALLAGHER & MURTAGH

Via Facsimile
July 5, 2011
Page 2

Dated: July 5, 2011

*William D'Annunzio* (signature)

WILLIAM D'ANNUNZIO
GERMAN, GALLAGHER & MURTAGH
200 S. BROAD STREET, SUITE 500
PHILADELPHIA, PA 19102
(215) 875-4017; FAX: (215) 732-4182
dannunziow@ggmfirm.com
*Counsel for Verifirst Background Screening, LLC*

/s/ Bruce S. Luckman
Bruce S. Luckman
Sherman Silverstein Kohl Rose & Podolsky, P.A.
308 Harper Drive, ste. 200
Moorestown, NJ 08057
(865) 663-1503; Fax: (856) 662-0165
bluckman@shermansilverstein.com

Stroock & Stroock & Lavan LLP
Julia B. Strickland (pro hac vice)
Stephen J. Newman (pro hac vice)
Catherine Huang (pro hac vice)
Counsel for Defendant,
TransUnion LLC

cc:

Robert P. Cocco, Esq.,
1500 Walnut Street
Suite 900
Philadelphia, Pa. 19102
**Counsel for Plaintiff**

James A. Francis, Esq.
Erin A. Novak, Esq.
Francis & Mailman, P.C.
100 S. Broad Street, 19th Floor
Philadelphia, PA 19110
**Counsel for Plaintiff**

849994_1

GERMAN, GALLAGHER & MURTAGH

Via Facsimile
July 5, 2011
Page 3

    Consumer Litigation Associates, P.C.
    Leonard A. Bennett, Esq.
    12515 Warwick Boulevard, Suite 100
    NewPort News, VA 23606
    **Counsel for Plaintiff (Pro Hac Vice Motion Pending)**

849994.1