UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE ELLIS THOMAS, on behalf of himself and all others similarly situated, | : : : Case No. 2:11-cv-02461-PD : |
| Plaintiff, | : : |
| vs. | : : |
| VERIFIRST BACKGROUND SCREENING, LLC; TRANSUNION, LLC, | : : : |
| Defendants. | : : |

## CERTIFICATE OF SERVICE

I, Bruce S. Luckman, Esquire, hereby certify that I electronically filed the foregoing Defendants' Response in Opposition to Plaintiff's Motion to File Sur Reply Memorandum (Dkt# 37) with the Clerk, United States District Court for the Eastern District of Pennsylvania, using the CM/ECF system and served the same on the following persons in the matter shown:

*Served electronically via CM/ECF counsel for Plaintiff, Leslie Ellis Thomas:*

Robert P. Cocco, Esquire
**Law Offices of Robert P. Cocco PC**
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-351-0200
Fax: 215-922-3874
Email: rcocco@rcn.com

James Francis, Esquire
**FRANCIS & MAILMAN, PC**
Land Title Bldg, 19th Floor
100 S. Broad Street
Philadelphia, PA 19110
215-735-8600; Fax: 215-940-8000
Email: jfrancis@consumerlawfirm.com

DATE:   **Monday, July 18, 2011**

*S/ Bruce S. Luckman*
**Bruce S. Luckman
Sherman, Silverstein, Kohl,
 Rose & Podolsky
 308 Harper Drive – Suite 200
Moorestown, NJ  08057
Telephone:  (856) 662-0700
Facsimile:  (856) 488-4744
Attorneys for TransUnion, LLC**