IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE ELLIS THOMAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VERIFIRST BACKGROUND SCREENING, LLC, et al. | : | NO.  11-2461 |

## N O T I C E

AND NOW, this 22nd day of August, 2011, please take note that the conference in the above-captioned case is RESCHEDULED to

**October 19, 2011 at 2:00 p.m.**

Counsel shall have full authority to negotiate an amicable settlement.  If counsel does not have such authority, then persons with such authority must be present as well.  Clients shall also attend this conference.

ATTEST:                                                                  or   BY THE COURT:

         s/carol d. james
BY: _____                    _____
    Carol D. James                                          PAUL S. DIAMOND,     J.
    Deputy Clerk