IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE ELLIS THOMAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VERIFIRST BACKGROUND SCREENING, LLC, et al. | : | NO. 11-2461 |

### N O T I C E

AND NOW, this 3rd day of November, 2011, please take note that the conference in the above-captioned case is **RESCHEDULED** to **January 12, 2012 at 3:00 p.m.**

Counsel shall have full authority to negotiate an amicable settlement. If counsel does not have such authority, then persons with such authority must be present as well. Clients shall also attend this conference.

ATTEST:                                                                or   BY THE COURT:

　　　s/carol d. james
BY: _____                          _____
　　Carol D. James                                               PAUL S. DIAMOND,    J.
　　Deputy Clerk