# EXHIBIT A

VeriFirst Background Screening, LLC
301 Lacey St
West Chester, PA 19382



5/15/2010

```
1oz  2528808  0  00000020  00000020  I=
```
||,||,|,|,||,,||,|||,,||||,||,||,,,|,|,||,||,,|,|,||,||,,||,||,|,|,|,

20 1 SP 0.440
LESLIE THOMAS
1400 BLACKHORSE HILL ROAD
COATESVILLE PA 19320-2040

Reference#: ████████EA83

Dear Leslie

**An inquiry was made in connection with an employment background investigation being processed by our office. The file we found, based on the identification they provided, contains public record information. A public record file may contain criminal, real estate or driving information, and is maintained by public agencies.**

This notice is being sent to you in compliance with the Federal Fair Credit Reporting Act. If you would like more information on the public record(s), please contact our Consumer Relations Department at the address below:

VeriFirst Background Screening, LLC
301 Lacey St
West Chester, PA 19382

Sincerely,

VeriFirst Background Screening, LLC