**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LESLIE ELLIS THOMAS** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 11-2461** |
| | : | |
| **VERIFIRST BACKGROUND** | : | |
| **SCREENING, LLC, ET AL.** | : | |

_____

## ORDER

**AND NOW,** this 13th day of January, 2012, it is hereby **ORDERED** that:

1.      For the purposes of Defendants' Motion to Dismiss *(Doc. No. 24)*, Plaintiff and

Defendant TransUnion LLC shall provide supplemental briefing on the following issue:

Whether Plaintiff has adequately pled a willful violation of 15 U.S.C. § 1681k.  In

addition to those arguments they wish to make, the Parties shall explicitly address whether

Plaintiff must plead that the reported public record information was incomplete or out of date.

The Parties shall cite apposite or controlling authority in their briefs.

2.      Defendant shall file its supplemental brief no later than January 30, 2012.

3.      Plaintiff shall respond no later than February 13, 2012.

4.      The briefs shall not exceed ten pages each.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____

**Paul S. Diamond, J.**