LAW OFFICES

# FRANCIS & MAILMAN

A PROFESSIONAL CORPORATION

LAND TITLE BUILDING, 19TH FLOOR
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19110
215-735-8600
FAX: 215-940-8000
WWW.CONSUMERLAWFIRM.COM
EMAIL: INFO@CONSUMERLAWFIRM.COM

February 13, 2012

*Via Facsimile*
The Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
US Court House, Room 6613
601 Market Street
Philadelphia, PA 19106

**FILED**

FEB 13 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Re: *Leslie Ellis Thomas v. Verifirst Background Screening, LLC, et al. No. 11-2461*

Dear Judge Diamond:

Pursuant to Your Honor's Order dated January 13, 2012, Plaintiff is to file his Response in Opposition to Defendant Trans Union, LLC's supplemental briefing on Defendants' Motion to Dismiss (Dk. No. 24) no later than February 13, 2012. Unfortunately, Plaintiff's counsel Leonard Bennett, Esquire has been urgently hospitalized for surgery today. Mr. Bennett will be out of his office for an undetermined amount of time and Plaintiff's counsel will not be able to attend to the finalizing and filing of Plaintiff's Response in Opposition to Defendant's Supplemental Briefing in accordance with this Court's current Order.

As such, I am respectfully requesting that Your Honor grant Plaintiff a brief ten (10) day extension to file Plaintiff's Response in Opposition to Defendant Trans Union, LLC's supplemental briefing on Defendants' Motion to Dismiss. Counsel for Defendant Trans Union, LLC has no objection to this extension.

Respectfully submitted,

ERIN A. NOVAK

EAN/tam