LAW OFFICES

# FRANCIS & MAILMAN
A PROFESSIONAL CORPORATION

LAND TITLE BUILDING, 19TH FLOOR
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19110
215-735-8600
FAX: 215-940-8000
WWW.CONSUMERLAWFIRM.COM
EMAIL: INFO@CONSUMERLAWFIRM.COM

February 23, 2012

*Via Facsimile*
The Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
US Court House, Room 6613
601 Market Street
Philadelphia, PA 19106

FILED
FEB 27 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Re: *Leslie Ellis Thomas v. Verifirst Background Screening, LLC, et al.* No. 11-2461

Dear Judge Diamond:

Pursuant to Your Honor's Order dated February 14, 2012, Plaintiff is to file his Response in Opposition to Defendant Trans Union, LLC's supplemental briefing on Defendants' Motion to Dismiss (Dk. No. 52) no later than February 23, 2012. Unfortunately, Plaintiff's counsel Leonard Bennett, Esquire has experienced post-surgical health complications that have until now impaired his ability to complete and file Plaintiff's Response in Opposition to Defendant's Supplemental Briefing.

I respectfully request that Your Honor grant Plaintiff a final brief extension though March 5, 2012 for the filing of his Response in Opposition to Defendant Trans Union, LLC's supplemental briefing on Defendants' Motion to Dismiss. Mr. Bennett has apprised Your Honor's law clerk Tim Work of his continuing health issues and counsel for both Defendant Trans Union, LLC and Verifirst Background Screening, LLC have been consulted and graciously raised no objection to Plaintiff's request for this further extension.

Respectfully submitted,

ERIN A. NOVAK

EAN/tam
cc: Robert P. Cocco, Esquire (via e-mail)
Leonard A. Bennett, Esquire (via e-mail)
Bruce S. Luckman, Esquire (via e-mail)
William J. D'Annunzio, Esquire (via e-mail)
Catherine Huang, Esquire (via e-mail)
Julia B. Strickland, Esquire (via e-mail)
Stephen J. Newman, Esquire (via e-mail)