### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESLIE ELLIS THOMAS** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 11-2461** |
| | : | |
| **VERIFIRST BACKGROUND** | : | |
| **SCREENING, LLC, ET AL.** | : | |

## ORDER

**AND NOW,** this 24th day of February, 2012, upon consideration of

Plaintiff's unopposed letter request dated February 23rd, it is hereby **ORDERED**

that Plaintiff may file his Response no later than March 5, 2012.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
**Paul S. Diamond, J.**