# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESLIE ELLIS THOMAS** | : | |
| | : | |
| v. | : | **CIVIL NO. 11-2461** |
| | : | |
| **VERIFIRST BACKGROUND SCREENING, LLC, ET AL.** | : | |
| | : | |

## ORDER

Plaintiff has advised me by letter dated March 1, 2012, that he and Defendant TransUnion, LLC have reached a settlement in this matter. He asks me to dismiss all claims as to TransUnion.

**AND NOW,** this 2nd day of March, 2012, it is hereby **ORDERED,** pursuant to Local Rule 41.1(b), that this action is **DISMISSED with prejudice** as to Defendant TransUnion, LLC, without costs.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
**Paul S. Diamond, J.**