LAW OFFICES

# FRANCIS & MAILMAN

A PROFESSIONAL CORPORATION

LAND TITLE BUILDING, 19TH FLOOR
100 SOUTH BROAD STREET
PHILADELPHIA, PA 19110
215-735-8600
FAX: 215-940-8000
WWW.CONSUMERLAWFIRM.COM
EMAIL: INFO@CONSUMERLAWFIRM.COM

March 1, 2012

**FILED**
MAR 2 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

*Via Facsimile*
The Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
US Court House, Room 6613
601 Market Street
Philadelphia, PA 19106

*Re: Leslie Ellis Thomas v. Verifirst Background Screening, LLC, et al. No. 11-2461*

Dear Judge Diamond:

I am writing to inform the Court that Plaintiff has reached a settlement with Defendant Trans Union, LLC in the above-referenced matter. Plaintiff therefore respectfully requests that the Court issue an Order pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure dismissing all claims as to Trans Union, LLC only.

Let this correspondence also serve to advise the Court of the settlement status between Plaintiff and Defendant Verifirst Background Screening, LLC ("Verifirst"). Plaintiff and Verifirst are continuing good faith negotiations to resolve the outstanding details of their settlement and will notify the Court when such negotiations are complete.

Respectfully submitted,

ERIN A. NOVAK

EAN/tam

cc: Robert P. Cocco, Esquire (via e-mail)
Leonard A. Bennett, Esquire (via e-mail)
Bruce S. Luckman, Esquire (via e-mail)
William J. D'Annunzio, Esquire (via e-mail)
Catherine Huang, Esquire (via e-mail)
Julia B. Strickland, Esquire (via e-mail)
Stephen J. Newman, Esquire (via e-mail)