UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE ELLIS THOMAS, on behalf of himself and all others similarly situated,<br>                    Plaintiff,<br><br>          v.<br><br>VERIFIRST BACKGROUND SCREENING, LLC;<br>TRANSUNION, LLC,<br>                    Defendants. | CLASS ACTION<br><br>C.A. NO. 11-2461<br><br>JURY TRIAL DEMANDED |

**STIPULATION TO DISMISS**

The parties, by their counsel, having reached agreed settlement of the above captioned action, agree that a Rule 41.1(b) Order of Dismissing the complaint be entered with the Court's approval.

By:   /s/Robert P. Cocco_____
      Robert P. Cocco, Esquire
      Attorney for Plaintiff

/s/ William J. D'Annunzio
William J. D'Annunzio, Esquire
GERMAN, GALLAGHER & MURTAGH
Attorney for Defendant

Date: July 9, 2012

                              Ordered and Approved by the Court:


                              _____
                              **HONORABLE PAUL DIAMOND**
                              **UNITED STATES DISTRICT JUDGE**

<u>Certificate of Service</u>

  I, Robert P. Cocco, counsel for Plaintiff, hereby certify that I filed the foregoing Praecipe to Dismiss electronically and that all parties have been served via ECF email.

Dated: July 9, 2012        <u>/s/ Robert P. Cocco</u>