IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LESLIE ELLIS THOMAS, et al.

|                                   |   |              |
|-----------------------------------|---|--------------|
|                                   | : | CIVIL ACTION |
|                                   | : |              |
| vs.                               | : |              |
|                                   | : | NO. 11-2461  |
| VERIFIRST BACKGROUND SCREENING, LLC, et al. | | |

<u>O R D E R</u>

**AND NOW, TO WIT:** This 10th day of July, 2012, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


**MICHAEL E. KUNZ**, Clerk of Court

s/carol d. james
**BY:** _____
Carol D. James
Deputy Clerk


Civ 2 (8/2000)
41(b).frm